ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 SEP 15 PM 4:25
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| KEITH HENDERSON | * | |
| Plaintiff, | * | |
| v. | * | CV 3:14-104 |
| HON. BISHOPLNY, et al., | * | |
| Defendants. | * | |

## O R D E R

The captioned case was opened after having been transferred to this district from the Northern District of New York. Plaintiff Keith Henderson brings the action pursuant to 28 U.S.C. § 2254; however, because it challenges the conditions of his confinement rather than his underlying conviction and sentence, the case is cognizable under 42 U.S.C. § 1983. Having previously declared Henderson an abusive filer, see Case No. 3:12-mc-002, this complaint shall be consolidated in the miscellaneous case file and screened for compliance with 28 U.S.C. § 1915(g). Accordingly, the Court **ORDERS** the Clerk to **CLOSE** this case. The complaint will then be considered in accordance with the procedure set forth in the miscellaneous case, Case No. 3:12-mc-002.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE